UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


KENYON L. JOSEPH
                                              PRISONER
   v.                       Case No. 3:06CV1147(AHN)

WARDEN


RULING ON PETITION FOR WRIT OF HABEAS CORPUS

On July 21, 2006, petitioner filed a petition for writ of habeas corpus.  Rule 8(b), D. Conn. L. Civ. R., requires that habeas corpus petitions be submitted on court approved forms.  Because petitioner did not comply with this rule and the court could not discern whether he exhausted his state court remedies,[1] the court ordered petitioner to file an amended complaint on the court's form.

Petitioner has not complied with this rule.  Instead, he has returned the court's form with a letter stating that he is not challenging his conviction.  He also wrote another letter and resubmitted his state habeas form with further description of his claims challenging the conditions of his confinement.  (See Letters dated August 22, 2006 [doc. #7] and August 29, 2006.)

---

[1] The federal court cannot grant a petition for writ of habeas corpus filed by a state prisoner unless the prisoner first has exhausted his state court remedies with regard to each ground for relief raised in the petition.  See 28 U.S.C. § 2254(b)(1)(A).

Rule 8(b) provides: "Petitions for writs of *habeas corpus* ... shall be on forms approved by the Court and supplied by the Clerk." There are no exceptions depending on the grounds for relief. In addition, petitioner has provided no information suggesting that he exhausted his state court remedies with regard to any of his grounds for relief before commencing this action.

The amended petition for writ of habeas corpus [**doc. #8**] is **DISMISSED** without prejudice for failure to comply with the court's order.

**SO ORDERED** this 20th day of September, 2006, at Bridgeport, Connecticut.

        /s/ Alan H. Nevas
        Alan H. Nevas
        United States District Judge